UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center for Biological Diversity ⊞ ,<br><br>Plaintiff(s),<br><br>v.<br><br>U.S. Fish and Wildlife et al     ,<br><br>Defendant(s). | Case No. 3:26-cv-01281  TSH<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Camila Cossio , an active member in good standing of the bar of Oregon District Court , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Center for Biological Diversity in the above-entitled action. My local co-counsel in this case is Brian Segee , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 200795 .

P.O. Box 11374
Portland, OR 97211
MY ADDRESS OF RECORD

226 W. Ojai Ave., Ste. 101-442 Ojai, CA 93023-2070
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

832-933-5404
MY TELEPHONE # OF RECORD

805-750-8852
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ccossio@biologicaldiversity.org
MY EMAIL ADDRESS OF RECORD

bsegee@biologicaldiversity.org
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 191504 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/20/2026

Camila Cossio
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Camila Cossio is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 22, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2