ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief
CAITLYN F. COOK, Trial Attorney (MD Bar No. 2112140244)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004-7611
Tel: (202) 598-7775
Fax: (202) 305-0275
Email: Caitlyn.Cook@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; and, CENTER FOR FOOD SAFETY, | ) ) ) Case No. 3:26-CV-01281-TSH |
| Plaintiffs, | ) ) **SECOND JOINT STIPULATED** |
| v. | ) **REQUEST FOR ORDER** ) **CHANGING TIME** |
| UNITED STATES FISH AND WILDLIFE SERVICE; DOUG BURGUM, in his official Capacity as Secretary of the U.S. Department of the Interior; and BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Plaintiffs, the Center for Biological Diversity and the Center for Food Safety, and

Defendants, the United States Fish and Wildlife Service; Doug Burgum, in his official capacity

as Secretary of the United States Department of the Interior; and Brian Nesvik, in his official

capacity as Director of the United States Fish and Wildlife Service, stipulate and respectfully

*Second Stipulated Request for Order Changing Time*, No. 3:26-CV-01281-TSH          1

request that the Court enter an order to extend the present deadlines concerning Defendants' responsive pleading, initial case management, and alternative dispute resolution procedures, ECF No. 18, by sixty days. In support of this stipulated request, the Parties state as follows:

1. On April 14, 2026, the Parties stipulated to extension of Defendants' responsive pleading deadline by sixty days. ECF No. 13. Presently, Defendants' responsive pleading is due on or before June 19, 2026. *Id.*

2. The Court's current case management order sets several impending deadlines concerning initial case management and alternative dispute resolution procedures, ECF No. 18.

3. The Parties previously represented that they were interested in exploring options to resolve this litigation and requested that the Court extend all initial case management deadlines by sixty days to permit the parties to explore options for resolving this litigation without judicial involvement. *See* ECF Nos. 16, 18 (granting Parties' request).

4. Since the Parties' first request, they have exchanged settlement proposals and continue to engage in settlement discussions. *See* Declaration of Caitlyn F. Cook at ¶ 4, filed herewith.

5. Accordingly, the Parties seek a sixty-day extension of Defendants' responsive pleading deadline and the current case management and alternative dispute resolution deadlines, as set forth below, in order for the Parties to continue exploring options for resolving this litigation without judicial involvement:

| Case Management Event | Present Deadline | Requested Deadline |
|---|---|---|
| Deadline for Defendants' Responsive Pleading | 6/19/2026 | 8/18/2026 |
| Deadline to file ADR Certification | 6/22/2026 | 8/21/2026 |

| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 6/22/2026 | 8/21/2026 |
|---|---|---|
| Deadline to make initial disclosures | 7/6/2026 | 9/4/2026 |
| Deadline to file Joint Case Management Statement | 7/9/2026 | ~~9/8/2026~~ 9/10/2026 |
| Initial Case Management Conference | 7/16/2026 at 10:00 AM | ~~9/14/2026~~ 9/17/2026 at 10:00 AM |

6. This is the second stipulated request to extend case management deadlines.

7. Although this request will extend the initial stages of this litigation by sixty days, good cause exists to extend the present deadlines because attempting to resolve this litigation without judicial involvement will conserve the resources of the Court and the Parties.

Respectfully submitted this 17th day of June, 2026.

*/s/ Camila Cossio*
Camila Cossio (Pro Hac Vice)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: 971-717-6427
Email: ccossio@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Phone: 805-750-8852
Email: bsegee@biologicaldiversity.org

George Kimbrell (*Pro Hac Vice*)
Center for Food Safety
2009 NE Alberta St, Suite 207
Portland, OR 97211
Phone: 971-271-7372

*Second Stipulated Request for Order Changing Time*, No. 3:26-CV-01281-TSH          3

Email: gkimbrell@centerforfoodsafety.org

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
NICOLE M. SMITH, Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK
Trial Attorney, MD Bar No. 2112140244
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004-7611
Tel: (202) 598-7775
Fax: (202) 305-0275
Email: Caitlyn.Cook@usdoj.gov

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 18, 2026

_____
The Honorable Thomas S. Hixson
United States Magistrate Judge

*Second Stipulated Request for Order Changing Time*, No. 3:26-CV-01281-TSH          4

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK

*Attorney for Defendants*