Camila Cossío (OR Bar No. 191504)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: 971-717-6427
Email: ccossio@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; and, CENTER FOR FOOD SAFETY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; DOUG BURGUM, in his official Capacity as Secretary of the U.S. Department of the Interior; and BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>Defendants. | Case No. 3:26-CV-01281-TSH<br><br>**FOURTH JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME; ORDER AS MODIFIED BY THE COURT** |

Plaintiffs, the Center for Biological Diversity and the Center for Food Safety, and Defendants, the United States Fish and Wildlife Service; Doug Burgum, in his official capacity as Secretary of the United States Department of the Interior; and Brian Nesvik, in his official capacity as Director of the United States Fish and Wildlife Service, stipulate and respectfully request that the Court enter an order to extend the present deadlines concerning initial case management and alternative dispute resolution procedures, Dkt. No. 25, by two weeks. In support of this stipulated request, the Parties state as follows:

1. The Court's current case management order sets several impending deadlines concerning initial case management and alternative dispute resolution procedures, Dkt. No. 25.
2. The Parties previously represented that they were interested in exploring options to resolve this litigation and requested that the Court extend all initial case management deadlines to permit the parties to explore options for resolving this litigation without judicial involvement. *See* Dkt. Nos. 16, 20, 22.
3. Since the Parties' last extension request, they have reached an agreement in principle, but the Center for Biological Diversity requires additional time to seek and obtain necessary approvals. *See* Declaration of Camila Cossío at ¶ 3, filed herewith.
4. Accordingly, the Parties seek a two-week extension of the current case management and alternative dispute resolution deadlines, as set forth below, so that the Parties may seek necessary approvals for settlement:

| **Case Management Event** | **Present Deadline** | **Requested Deadline** |
| --- | --- | --- |
| Deadline to file ADR Certification | 9/21/2026 | 10/5/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 9/21/2026 | 10/5/2026 |
| Deadline to make initial disclosures | 10/5/2026 | 10/19/2026 |
| Deadline to file Joint Case Management Statement | 10/13/2026 | ~~10/27/2026~~ 10/29/2026 |
| Initial Case Management Conference | 10/20/2026 at 10:00AM | ~~11/3/2026~~ 11/5/2026 at 10:00 AM |

5. This is the fourth stipulated request to extend case management deadlines.

6. Although this request will extend the initial stages of this litigation by two weeks, good cause exists to extend the present deadlines because attempting to resolve this litigation without judicial involvement will conserve the resources of the Court and the Parties.

Respectfully submitted this 21st day of September, 2026.


*/s/ Camila Cossío*
Camila Cossío (*Pro Hac Vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: 971-717-6427
Email: ccossio@biologicaldiversity.org

Brian Segee (CA Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Phone: 805-750-8852
Email: bsegee@biologicaldiversity.org

George Kimbrell (*Pro Hac Vice*)
Center for Food Safety
2009 NE Alberta St, Suite 207
Portland, OR 97211
Phone: 971-271-7372
Email: gkimbrell@centerforfoodsafety.org

*Attorneys for Plaintiffs*

*/s/ Nicole M. Smith*
NICOLE M. SMITH
Assistant Section Chief, CA Bar. No. 303629
United States Department of Justice
Energy & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004-7611
Tel: (202) 532-5911
Fax: (202) 305-0275
Email: Nicole.m.smith@usdoj.gov

*Attorney for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Seoptember 22, 2026

The Honorable Thomas S. Hixson
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Camila Cossío*
CAMILA COSSÍO

*Attorney for Plaintiff the Center for Biological Diversity*